IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEREMY SCHOEMAKER, | ) | Case No. 8:09CV441 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| DAVID SULLIVAN, et al., | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Patrick Cooper, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **September 3, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for September 13, 2010, is cancelled upon the representation that this case is settled.

Dated this 3rd day of August 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge